1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

10
11

EASTERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19

| | |
|---|---|
| ANTOINE GOMIS, | ) 1:07-cv- 00777-LJO-TAG HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION (Doc. 4) |
| | ) |
| v. | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS (Doc. 1) |
| | ) |
| U.S. ATTORNEY ALBERTO | ) ORDER DIRECTING CLERK OF COURT |
| R. GONZALEZ, et al., | ) TO ENTER JUDGMENT |
| | ) |
| | ) ORDER DENYING CERTIFICATE OF |
| Respondents. | ) APPEALABILITY |
| | ) |
| | ) |

20
21
22
23
24
25
26
27
28

On May 25, 2007,  Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).

On June 4, 2007, the Magistrate Judge  assigned to the case filed a Findings and Recommendation recommending the petition be dismissed for lack of jurisdiction.  (Doc. 4). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.  On June 28, 2007, Petitioner filed his notice of appeal from the Court's order.  (Doc. 8).

## I.  **Adoption of Magistrate Judge's Findings and Recommendations.**

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

## II.  **Denial of a Certificate of Appealability.**

On June 28, 2007, Petitioner filed a notice of appeal.   (Doc. 8).  Although no express request was made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for a certificate.   See United States v. Asrar, 108 F.3d 217, 218 (9th Cir. 1997); Fed. R.App. P. 22(b).  The requirement that a petitioner seek a certificate of appealability is a gate-keeping mechanism that protects the Court of Appeals from having to devote resources to frivolous issues, while at the same time affording petitioners an opportunity to persuade the Court that, through full briefing and argument, the potential merit of claims may appear. Lambright v. Stewart, 220 F.3d 1022, 1025 (9th Cir. 2000).  However, a state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-El v. Cockrell, 537 U.S. 322, 335-336 (2003).  The controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
>> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
>> (B) the final order in a proceeding under section 2255.
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

Accordingly, final orders issued by a federal district court in habeas corpus proceedings are reviewable by the circuit court of appeals, and, in order to have final orders reviewed, a

1    petitioner must obtain a certificate of appealability.  28 U.S.C. § 2253.  This Court will issue a

2    certificate of appealability when a petitioner makes a substantial showing of the denial of a

3    constitutional right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must

4    establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition

5    should have been resolved in a different manner or that the issues presented were 'adequate to

6    deserve encouragement to proceed further'."  Slack v. McDaniel, 529 U.S. 473, 484 (2000)

7    (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

8           In the present case, the Court finds that Petitioner has not made the required substantial

9    showing of the denial of a constitutional right to justify the issuance of a certificate of

10   appealability.   Reasonable jurists would not find it debatable that Petitioner has not shown an

11   entitlement to federal habeas corpus relief.  Accordingly, the Court hereby ORDERS that

12   Petitioner's request for a certificate of appealability is DENIED.

13                                            **ORDER**

14          Accordingly, IT IS HEREBY ORDERED that:

15   1.      The Findings and Recommendation, filed June 4, 2007 (Doc. 4), is ADOPTED IN

16          FULL;

17   2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED for lack of

18          jurisdiction;

19   3.      Petitioner's request for a certificate of appealability is DENIED; and,

20   4.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

21   This order terminates the action in its entirety.

22

23   IT IS SO ORDERED.

24   **Dated:    July 23, 2007**                  _____**/s/ Lawrence J. O'Neill**_____
                                                  UNITED STATES DISTRICT JUDGE
25

26

27

28